**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert G. Lawrence,        ) | CV 04-1553 PHX NVW |
|                            ) | |
|         Plaintiff,         ) | **ORDER** |
|                            ) | |
| vs.                        ) | |
|                            ) | |
| Motorola Inc., et al.,     ) | |
|                            ) | |
|         Defendants.        ) | |
|                            ) | |

    Before the court is Plaintiff's Motion to File His Motion for Review *de novo* . . . Under Seal.  (Doc. # 29.)  The stipulated protective order was entered July 18, 2005. (Doc. # 24.)  The motion requests leave to file Plaintiff's motion in its entirety under seal, not just the portions actually deserving of confidentiality.  The sealing of filed documents is burdensome on the clerk's office and therefore will not be ordered without specific justification.  The mere fact that a party has designated documents as confidential in the discovery process does not mean that the documents are confidential in fact and warrant sealing in the court record.

    IT IS THEREFORE ORDERED that Plaintiff's Motion to File His Motion for Review *de novo* . . . Under Seal (doc. # 29) is denied with leave to submit a further

/ / /

/ / /

/ / /

motion that requests sealing only of the portions of the motion and exhibits and substantively warrant sealing. Counsel are directed to confer about the need for sealing.

DATED this 25th day of October, 2005.

*[signature]*
Neil V. Wake
United States District Judge